| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____   Chapter   7 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   **Backyard Leisure, LLC**

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   **27-3607417**

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | **5150 Industrial Drive**<br>**Kernersville, NC 27284**<br>Number, Street, City, State & ZIP Code | **P.O. Box 470**<br>**Kernersville, NC 27285**<br>P.O. Box, Number, Street, City, State & ZIP Code |
   | **Forsyth**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  
   **https://spapoolbilliards.com/**

6. **Type of debtor**  
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Backyard Leisure, LLC**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Backyard Leisure, LLC**       Case number (*if known*)
       Name

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Backyard Leisure, LLC**  Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 21, 2025**
               MM / DD / YYYY

**X** **/s/ Robert A. Mosher**        **Robert A. Mosher**
Signature of authorized representative of debtor        Printed name

Title  **Member**

**18. Signature of attorney**

**X** **/s/ Samantha K. Brumbaugh**        Date **October 21, 2025**
Signature of attorney for debtor        MM / DD / YYYY

**Samantha K. Brumbaugh 32379**
Printed name

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
Firm name

**305 Blandwood Avenue**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone _____   Email address **skb@iveymcclellan.com**

**32379 NC**
Bar number and State

.

A Cleaner World
1049 E. Moutnain St.
Kernersville, NC 27284


ABC/Amega
500 Seneca Street, Ste. 503
Buffalo, NY 14204


Allen, Moore & Rogers, LLP
P.O. Box 18627
Raleigh, NC 27619


Ally Financial
P.O. Box 38090
Minneapolis, MN 55438


Ally Financial
P.O. Box 380902
Minneapolis, MN 55438


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


Anderson Jones, PLLC
P.O. Box 20248
Raleigh, NC 27619


Andrew S. Lasine
P.O. Box 2608
High Point, NC 27261


Andrew Scott Curry
3121 Huntleigh Drive
Raleigh, NC 27604


AT&T
P.O. Box 1124
Kernersville, NC 27285


Austin Business Finance
Backd HQ
1949 S I-35 Frontage Road
Austin, TX 78741

BA Folk, PLLC
P.O. Box 90426
Raleigh, NC 27675


Battle, Winslow, Scott and Wiley, PA
P.O. Box 7100
Rocky Mount, NC 27804


Brett M. Becker
Maynard Nexsen, PC
800 Green Valley Road, Ste. 500
Greensboro, NC 27408


BRNK, Inc. dba Anago of the Triangle
3501 Capital Blvd. #124
Raleigh, NC 27604


Central Carolina Concrete


Charles Moultrie
107 Cookshire Drive
Raeford, NC 28376


Christ Mundt
4853 Williams Drive, Ste. 111
Georgetown, TX 78633


Christopher Scott
1252 Flat Rock Church Road
Louisburg, NC 27549


Chrsitopher Malloy
6829 Greystone Drive
Raleigh, NC 27606


City of Concord Utilities
35 Cabarrus Ave W
Concord, NC 28025


Cox Media Group/WSOC-TV
1601 W. Peachtreet St NE
Atlanta, GA 30309

Crete Solutions, LLC
2005 Eastwood Road, Ste. 200
Wilmington, NC 28403


DAL, inc.
P.O. Box 162
Clifton Heights, PA 19018


DataMax
1065 W. Levoy Drive, Ste. 100
Salt Lake City, UT 84123


Daughtry, Woodard, Lawrence & Starling
Attn:  Lew Starling
P.O Drawer 1960
Smithfield, NC 27577


David Little
22022 Molly Harper Drive
Cornelius, NC 28031


Dennis Cyrus



Dozier Miller



Fidelity Bank
P.O. Box 8
Fuquay Varina, NC 27526


Fretwell Law Offices, PLLC
P.O. Box 32066
Charlotte, NC 28232


Gray Local Media, Inc. dba WBTV



Green Carpet Lawn Care, LLC
6009 Woods Edge Lane
Kernersville, NC 27284

Greensky, LLC
5565 Glenridge Connector, Ste. 700
Atlanta, GA 30342


Guy M. Turner, Inc,


Hannah Sherian & Cochran
c/o Chad Cochran
5400 Glenwood Ave., Ste. 330
Raleigh, NC 27612


Hearst Television
300 West 57th St.
New York, NY 10019


Holden K. McLemore
P.O. Box 2108
Wake Forest, NC 27588


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Ishmael McIntosh
3515 BlueBonnet Drive
Wake Forest, NC 27587


James Arndts
106 Cloud Crossing Circle
Cary, NC 27513


JAN-PRO of the Triad
11 Oak Branch Drive, Ste. B
Greensboro, NC 27407


Jasemin Celik
825 Van Thomas Drive
Raleigh, NC 27615


Jeffrey Neal and Cheryl Neal
106 Redfield Pl
Goldsboro, NC 27530

John and Shelby Van Wagoner


Joseph and Stacey Balog
1755 Miller Chapel Road
Salisbury, NC 28147


Kelly and Mark Meitzler
3330 Gold Hill Rd. E
Gold Hill, NC 28071


Leviton Law Firm, Lt.
One Pierce Place, Ste. 725W
Itasca, IL 60143


Lisa Robertson
1205 W. Haven Blvd.
Rocky Mount, NC 27803


Martin Marietta
4123 Parklake Avenue
Raleigh, NC 27612


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford, OH 44146


Michael and Vicki Hintz
141 Draughn St
Mount Airy, NC 27030


Mid-Continent Casualty Company
624 S. Denver Ave. #300
Tulsa, OK 74119


NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640


Nexstrar Media Group
2960 N. Meridian St.
Indianapolis, IN 46208

Paul Crossland
601 Brandywine Circle
Raleigh, NC 27614


Paul Trask
211 Magnola Bloom Ct.
Cary, NC 27519


Perry, Brandt & McLemore
P.O. Box 2108
Wake Forest, NC 27588


Roberson, Haworth & Reese
300 N. Main Street
High Point, NC 27260


Sam's Commerical Properties, LLC
7935 Council Place
Matthews, NC 28105


Sean Ray
5905 Fortress Drive
Holly Springs, NC 27540


Silverback Advertising, LLC


Spectrum Business
P.O. Box 77169
Charlotte, NC 28271


Spence Carter & Reed, PA
P.O. Box 1335
Smithfield, NC 27577


Stellantis Financial Services
3065 Akers Mill Road, Ste. 700
Atlanta, GA 30339


Szabo Associates, Inc.
3355 Lenox Road, NE, Ste. 946
Atlanta, GA 30326

The Law office of Mark A. Kirkorsky
1119 W. Southern Ave. Ste. 200
Mesa, AZ 85210


The Sigmon Law Firm, PA
Attn:  Nathan D. Robinson
P.O. Box 17249
Raleigh, NC 27619


United Rentals


US Small Business Administration
NC District Office
6302 Fairview Road, Suite 300
Charlotte, NC 28210


Venn Law Group
6302 Fairview Road, Ste. 580
Charlotte, NC 28210


WCNC-TV, Inc. dba WCNC Television
8350 Broad Street, Ste. 2000
Tysons, VA 22102


WFMY Television, Inc. dba WFMY TV
8350 Broad Street, Ste. 2000
Tysons, VA 22102


WGHP
33096 Collection Center Drive
Chicago, IL 60693


Whitaker & Hamer, PLLC
216 US Hwy 70 West
Garner, NC 27529


William and Melissa Hutchinson
707 Florham Drive
High Point, NC 27262

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Backyard Leisure, LLC**  
Debtor(s)

Case No.  
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Backyard Leisure, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 21, 2025**  
Date

**/s/ Samantha K. Brumbaugh**  
**Samantha K. Brumbaugh 32379**  
Signature of Attorney or Litigant  
Counsel for **Backyard Leisure, LLC**  
**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**  
**305 Blandwood Avenue**  
**Greensboro, NC 27401**

**skb@iveymcclellan.com**