UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE: )
) Case No. 25-50686
**BACKYARD LEISURE, LLC,** ) Chapter 7
)
  Debtor. )
)

### NOTICE OF REQUEST FOR REMOVAL AS TRUSTEE

Daniel C. Bruton hereby gives notice to this court of his resignation as Chapter 7 trustee in the above-entitled case. Daniel C. Bruton hereby requests the Bankruptcy Administrator to assign a different Chapter 7 trustee to this case.

Respectfully submitted, this the 22nd day of October, 2025.

/s/ Daniel C. Bruton
DANIEL C. BRUTON, Chapter 7 Trustee
State Bar No. 22440
BELL, DAVIS & PITT, P.A.
100 North Cherry Street, Suite 600
PO Box 21029
Winston-Salem, NC 27120-1029
(336) 722-3700

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the undersigned has this date served the foregoing **Notice of Request for Removal as Trustee** was filed electronically in accordance with the local rules and was therefore served electronically on the parties to this cause that have properly registered for such service by C/M ECF or by depositing a copy in an envelope in the exclusive care and custody of the U.S. Postal Service with sufficient postage thereon addressed as follows:

<u>VIA CM/ECF</u>:
John Paul H. Cournoyer
US Bankruptcy Administrator
bancm_ecf@ncmba.uscourts.gov

Samantha Brumbaugh, Debtor's Attorney
skb@iveymcclellan.com

<u>VIA First Class Mail</u>:
Backyard Leisure, LLC
PO Box 470
Kernersville, NC 27285-0470

This the 22nd day of October, 2025.

                                            <u>/s/ Daniel C. Bruton</u>
                                            Daniel C. Bruton, Chapter 7 Trustee