**Fill in this information to identify the case:**

Debtor name    **Backyard Leisure, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **25-50686**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2025**        X */s/ Robert A. Mosher*
_____
Signature of individual signing on behalf of debtor

**Robert A. Mosher**
_____
Printed name

**Member**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Backyard Leisure, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **25-50686**

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ _____ 513,662.63

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ _____ 513,662.63

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 3,495,495.73

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $ _____ 22,018.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ 463,878.50

4. Total liabilities .................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 3,981,392.23

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Backyard Leisure, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF NORTH CAROLINA |
| Case number (if known) | **25-50686** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist** | **checking account** | **5821** | $0.00 |
| 3.2. | **Truist** | **checking account** | **5848** | $0.00 |
| 3.3. | **Truist** | **checking account** | **5109** | $0.00 |
| 3.4. | **Truist** | **checking account** | **5953** | $13.74 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $13.74 |

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **Backyard Leisure, LLC**                                    Case number *(If known)*  **25-50686**
_____Name_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:        **514,587.21**        -        **442,148.32**   =....        **$72,438.89**
_____        _____
face amount                     doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                          | **$72,438.89** |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies storage 2--9 shelves with a mix of used/extra pool/spa parts and new inventory (pool chemicals)** | | $0.00 | Appraisal | $6,500.00 |
| **reatil rack 1--Perma salt system reactants and retail stand** | | $0.00 | Appraisal | $1,000.00 |
| **retail rack 2- Assorted inventory of new pool and spa, maintenance products including filters, cartridge holders, spa care kits, and bottled chemicals** | | $0.00 | Appraisal | $2,000.00 |

Debtor    **Backyard Leisure, LLC**                              Case number *(If known)*  **25-50686**
          Name

| | | | | |
|---|---|---|---|---|
| **retail rack 2- various new filters** | | $0.00 | Appraisal | $1,000.00 |
| **retail rack 4- assorted inventory of supperPro cartridge filters, SpaZazz spa aromatherapy crystals, and AquaSillk/Regal pool chemicals** | | $0.00 | Appraisal | $800.00 |
| **retail rack 5- assorted lot of pool and spa replacement parts, accessories, and maintenance supplies including frog @ ease cartridges, fittings, hoses and test kits** | | $0.00 | Appraisal | $500.00 |
| **retail rack 6- inventory lot of regal and swim best pool chemicals (bags annd gallon jugs) along with pool cleaning stone blocks** | | $0.00 | Appraisal | $600.00 |
| **retail rack 6- miscellaneous lot of boxed pool and spa parts, test kits supplies, and installation accessories** | | $0.00 | Appraisal | $400.00 |
| **Bulfrog Spa JetPak modules- some on display** | | $0.00 | Appraisal | $2,500.00 |
| **hoses, fans, yard tools and etc.** | | $0.00 | Appraisal | $200.00 |
| **2 tiers of pallet racking with contents- extra pool parts** | | $0.00 | Appraisal | $600.00 |
| **2 tiers of pallet racking with contents- spare copping, umbrella, discontinued spa jets** | | $0.00 | Appraisal | $700.00 |
| **1 tier of pallet racking with contents- rolling cart, irrigation pipe, radiant pool parts** | | $0.00 | Appraisal | $700.00 |

Debtor   **Backyard Leisure, LLC**                    Case number *(If known)* **25-50686**
Name

| | | | |
|---|---|---|---|
| **2 tiers of pallet racking with contents- miscellaneous lot of boxed pool and spa parts, most incomplete or obsolete** | $0.00 | Appraisal | $500.00 |
| **1 tire of pallet racking with contents- 14 custom fit pool liners** | $0.00 | Appraisal | $1,200.00 |
| **Approximately 70 hot tub covers** | $0.00 | Appraisal | $11,000.00 |
| **radiant pool liner panels** | $0.00 | Appraisal | $3,000.00 |
| **rollaway 19 foot pool cover manufactured in 2021** | $0.00 | Appraisal | $3,500.00 |
| **40 wood dunnage runners** | $0.00 | Appraisal | $800.00 |
| **2 tiers of pallet racking with contents (2 IBC tote containers, used spa/pool parts)** | $0.00 | Appraisal | $600.00 |
| **rack with contents (3 spa umbrellas, misc. parts)** | $0.00 | Appraisal | $600.00 |
| **rack with contents (spare pool/spa parts and materials)** | $0.00 | Appraisal | $300.00 |
| **rack with contents (spare pool/spa parts and materials)** | $0.00 | Appraisal | $950.00 |

23.   **Total of Part 5.**                                                                          | $39,950.00 |
Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

Debtor    **Backyard Leisure, LLC**                               Case number *(If known)* **25-50686**
_____Name_____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**breakroom items--refrigerator, microwave, table, chairs, etc.** | $0.00 | Appraisal | $1,200.00 |
| | **office 1 items--furniture, computer, monitors, decor** | $0.00 | Appraisal | $1,500.00 |
| | **storage room 1--file cabinets, supplies, holiday decor** | $0.00 | Appraisal | $500.00 |
| | **hall items--2 LCD televisions, Christmas treet, components** | $0.00 | Appraisal | $600.00 |
| | **executive office--furniture, computer, monitors, decor, televisions, refrigerators, safes, security equipment, etc.** | $0.00 | Appraisal | $2,500.00 |
| | **breakroom 2--furniture, computer, monitors, decor** | $0.00 | Appraisal | $6,000.00 |
| | **officer section A- computer, monitors, printer/scanner, phone and supplies** | $0.00 | Appraisal | $750.00 |
| | **office section B- computer, monitors, printer/scanner, phone and supplies** | $0.00 | Appraisal | $750.00 |
| | **Showroom- 4 televisions, vacuum, furniture dollies, furniture, etc.** | $0.00 | Appraisal | $1,500.00 |
| | **wearhouse pallet rack (1 tier) with assorted shop tools, parts and equipment** | $0.00 | Appraisal | $250.00 |

Debtor    **Backyard Leisure, LLC**                                    Case number *(If known)*  **25-50686**
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| **wearhouse pallet rack (1 tier) with assorted shop tools, parts and equipment** | $0.00 | Appraisal | $250.00 |
| **portable work light** | $0.00 | Appraisal | $75.00 |
| **wheelbarrow** | $0.00 | Appraisal | $60.00 |
| **edge kleenRite professional carpet and upholstery cleaning extractor** | $0.00 | Appraisal | $700.00 |
| **2 tiers of pallet racking with contents- milwaukee toolbox, tools, 5 pallet jacks, file cabinets** | $0.00 | Appraisal | $1,500.00 |
| **2 tires of pallet racking with contents- spa caddy's heavy equipment track, 2 furiture dolly's, powerhouse generator** | $0.00 | Appraisal | $2,400.00 |
| **5 IBC tote containers** | $0.00 | Appraisal | $625.00 |
| **2 tiers pallet racking** | $0.00 | Appraisal | $250.00 |
| **24' werner ladder** | $0.00 | Appraisal | $275.00 |
| **4 wood shelving** | $0.00 | Appraisal | $400.00 |
| **werner 12' lader** | $0.00 | Appraisal | $100.00 |
| **2 pallet jacks** | $0.00 | Appraisal | $300.00 |
| **contents of office- refrigerator, patio furniture, leather furniture, tv stand, computer, monitors, desk, supplies** | $0.00 | Appraisal | $1,700.00 |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**lighted, branded sotrefront signage** | $0.00 | Appraisal | $400.00 |

41.    **Office equipment, including all computer equipment and**
       **communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                           | $24,585.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Debtor   **Backyard Leisure, LLC**                                    Case number *(If known)*  **25-50686**
       Name

☑ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Ram 4500 Chassis Duty Crew Cab**<br>**VIN:  3C7WRLFL7PG626396** | $0.00 | Appraisal | $62,500.00 |
| 47.2. **Ford 4000 Utility tractor with attached williams AG group rotary mower- older unit showing rust and wear, fare to unknown running condition** | $0.00 | Appraisal | $4,000.00 |
| 47.3. **Yale GLC050 5,000 lb propane forklift with 5,344 hours, showing moderate wear but serviceable condition** | $0.00 | Appraisal | $7,000.00 |
| 47.4. **Nissan 50 forklift, cushion tire model MCP1A02A25LV 5,000 lb capacity, not working** | $0.00 | Appraisal | $4,500.00 |
| 47.5. **2018 Ram 4500 HD flatbed truck**<br>**VIN:  3C7WRLEL3JG185889** | $0.00 | Appraisal | $35,000.00 |
| 47.6. **2017 Toyota 6FGCU30 forklift with side shifter** | $0.00 | Appraisal | $12,000.00 |
| 47.7. **Yale GLC050 5,000 lb propane forklift; not operable**<br>**SN:  A910V14632G** | $0.00 | Appraisal | $6,000.00 |
| 47.8. **2022 Ram 5500 crew cab service truck wtih Cummins 6.7L diesel engine, Knapheide utility body and ladder rack**<br>**VIN:  3C7WRNFL3NG191790** | $0.00 | Appraisal | $54,000.00 |

Debtor    **Backyard Leisure, LLC**                              Case number *(If known)*  **25-50686**
          Name

| | | | | |
|---|---|---|---|---|
| 47.9. | **2020 GMC Yukon Danli 4WD SUV**<br>**VIN:  1GKS2CKJ1LR199672**<br>**200,000 miles**<br>**(appraised value $38,000, without**<br>**mileage)** | **$0.00** | N/A | **$24,500.00** |
| 47.10. | **2017 Ram 5500 crew cab service truck,**<br>**Cummins 6.7L diesel, utility service**<br>**body with laddre rack and dual rear**<br>**wheels**<br>**VIN:  3C7WRNFL5HG81942** | **$0.00** | Appraisal | **$25,000.00** |
| 47.11. | **2023 Ram 4500 crew cab service truck,**<br>**cummins 6.7L diesel engine, dual rear**<br>**wheels, custom black service body with**<br>**equipment rach**<br>**VIN:  3C7WRLFL3PG626394** | **$0.00** | Appraisal | **$60,000.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**2017 Caterpillar 259D compact track loader**<br>**with bucket attachment** | **$0.00** | Appraisal | **$35,000.00** |
| | **8 fork lift propane tanks** | **$0.00** | Appraisal | **$250.00** |
| | **misc. tools/machines (2 wheelbarrows, Q-vac**<br>**Q3, brooms** | **$0.00** | Appraisal | **$300.00** |
| | **IBC tote container** | **$0.00** | Appraisal | **$125.00** |
| | **large grouping of tools and parts (Gecko**<br>**Maelstrom series spa pump, Gecko spa**<br>**control systems, blower, tool box with tools,**<br>**saw horse, ladder, vaccuum, etc.)** | **$0.00** | Appraisal | **$1,500.00** |
| | **2022 Caterpillar 249D3 compact track loader,**<br>**enclosed cab with bucket attachment** | **$0.00** | Appraisal | **$45,000.00** |

51.    **Total of Part 8.**                                                              | **$376,675.00** |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor  **Backyard Leisure, LLC**                                 Case number *(If known)* **25-50686**
        Name

■ No
☐ Yes

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Several office locations as listed on SOFA.**<br><br>**Also:  5150 Industrial Drive, Kernersville, NC** | leasehold/tenant | $0.00 | | $0.00 |

56.       **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.                                                        | $0.00 |

57.       **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.       **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Backyard Leisure, LLC**                                    Case number *(If known)*  **25-50686**
           Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,438.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $39,950.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $24,585.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $376,675.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $513,662.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $513,662.63 |

**Fill in this information to identify the case:**

Debtor name  **Backyard Leisure, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **25-50686**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Ally Financial** | | |
|---|---|---|---|

| | | **Amount of claim** | **Value of collateral** |
|---|---|---|---|
| **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2022 Ram 5500 crew cab service truck wtih Cummins 6.7L diesel engine, Knapheide utility body and ladder rack**<br>**VIN:  3C7WRNFL3NG191790** | **$48,471.83** | **$54,000.00** |

P.O. Box 38090
Minneapolis, MN 55438

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**4/28/2022**
**Last 4 digits of account number**
**5963**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2023 Ram 4500 Chassis Duty Crew Cab**<br>**VIN:  3C7WRLFL7PG626396** | $74,544.56 | $62,500.00 |
|---|---|---|---|---|

P.O. Box 380901
Minneapolis, MN 55438

Creditor's mailing address

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8794**
Do multiple creditors have an
interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Debtor  **Backyard Leisure, LLC**
_____
Name

Case number (*if known*)  **25-50686**
_____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $72,394.04 | $0.00 |

Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2023 Ram 4500 Chassis**
**VIN:  3C7WRLFL3PG626394**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8855**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Austin Business Finance** | Describe debtor's property that is subject to a lien | $665,264.47 | $0.00 |

Creditor's Name

**Backd HQ**
**1949 S I-35 Frontage Road**
**Austin, TX 78741**

Creditor's mailing address

**invenotry, equipment, accounts**

**Describe the lien**
**Judgment Lien (UCC, promissory note,**
**security agremeent)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/12/2024  (8/29/2023)**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Central Carolina Concrete** | Describe debtor's property that is subject to a lien | $6,572.27 | $0.00 |

Creditor's Name

**296 S. Edwardia Drive**
**Greensboro, NC 27409**

Creditor's mailing address

**judgment creditor**

**Describe the lien**
**Judgment Lien**

---

Debtor **Backyard Leisure, LLC**
Name

Case number (if known)   **25-50686**

---

| | |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred**<br>**8/5/2025**<br>**Last 4 digits of account number** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Christopher Scott** | **Describe debtor's property that is subject to a lien** | $1,960,767.45 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1252 Flat Rock Church Road**
**Louisburg, NC 27549**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**inventory, accounts, equipment non-debtor owned real estate**

**Describe the lien**
**promissory note, security agreement, UCC**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/31/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Crete Solutions, LLC** | **Describe debtor's property that is subject to a lien** | $7,153.71 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2005 Eastwood Road, Ste. 200**
**Wilmington, NC 28403**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**judgment creditor**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/12/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 9

Debtor **Backyard Leisure, LLC**
Name

Case number (if known) **25-50686**

---

| 2.8 | **Dennis Cyrus** | Describe debtor's property that is subject to a lien | $20,780.48 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**417 Acrod Drive**
**Clarksville, VA 23927**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/16/2025**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**judgment creditor**

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Fidelity Bank** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 8**
**Fuquay Varina, NC 27526**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/9/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**inventory**

Describe the lien
**note, security agreement and UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Fidelity Bank** | Describe debtor's property that is subject to a lien | $8,245.96 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 8**
**Fuquay Varina, NC 27526**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2022 Caterpillar 249D3 compact track loader, enclosed cab with bucket attachment**

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 9

Debtor **Backyard Leisure, LLC**
Name

Case number (if known) **25-50686**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** **Gray Local Media, Inc. dba WBTV**
Creditor's Name

**4370 Peachtree Road NE, Ste. 400**
**Atlanta, GA 30319-8000**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/18/2025**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**judgement creditor**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$10,494.90**   **$0.00**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2** **Guy M. Turner, Inc,**
Creditor's Name

**4514 S. Holden Road**
**Greensboro, NC 27406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/13/2025**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**jdugment creditor**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$5,662.93**   **$0.00**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3** **Jeffrey Neal and Cheryl Neal**

**Describe debtor's property that is subject to a lien**

**$8,720.39**   **$0.00**

---

Debtor    **Backyard Leisure, LLC**                                          Case number (if known)    **25-50686**
_____
Name

Creditor's Name                                    **judgment creditor**

**106 Redfield Pl**
**Goldsboro, NC 27530**
_____
Creditor's mailing address

                                                   **Describe the lien**
                                                   **Arbitration Award and Judgment**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____              ☐ Yes
Creditor's email address, if known
                                                   **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**3/21/2025**
**Last 4 digits of account number**

                                                   **As of the petition filing date, the claim is:**
                                                   Check all that apply
**Do multiple creditors have an**                  ☐ Contingent
**interest in the same property?**                 ☐ Unliquidated
■ No                                               ☐ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 4 | **Kelly and Mark Meitzler** | Describe debtor's property that is subject to a lien | $8,700.82 | $0.00 |
|---|---|---|---|---|

Creditor's Name                                    **judgment creditor**

**3330 Gold Hill Rd. E**
**Gold Hill, NC 28071**
_____
Creditor's mailing address

                                                   **Describe the lien**
                                                   **Judgment Lien**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____              ☐ Yes
Creditor's email address, if known
                                                   **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2/10/2025**
**Last 4 digits of account number**

                                                   **As of the petition filing date, the claim is:**
                                                   Check all that apply
**Do multiple creditors have an**                  ☐ Contingent
**interest in the same property?**                 ☐ Unliquidated
■ No                                               ☐ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 5 | **Michael and Vicki Hintz** | Describe debtor's property that is subject to a lien | $88,460.14 | $0.00 |
|---|---|---|---|---|

Creditor's Name                                    **judgment creditor**

**141 Draughn St**
**Mount Airy, NC 27030**
_____
Creditor's mailing address

                                                   **Describe the lien**
                                                   **Judgment Lien**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
_____              ☐ Yes
Creditor's email address, if known
                                                   **Is anyone else liable on this claim?**
                                                   ■ No
**Date debt was incurred**                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**9/17/2025**
**Last 4 digits of account number**

---

Debtor  **Backyard Leisure, LLC**
_____
Name

Case number (if known)  **25-50686**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 6 | **Pinchgut Farm, LLC** | **Describe debtor's property that is subject to a lien** | $374,925.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1155 Wilson Farm Road**
**Westfield, NC 27053**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/2025**
**Last 4 digits of account number**

**judgment creditor**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 7 | **Silverback Advertising, LLC** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**631 Brawley School Road**
**Suite 300, #203**
**Mooresville, NC 28117**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**judgment creditor**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 8 | **US Small Business Administration** | **Describe debtor's property that is subject to a lien** | $134,336.78 | $0.00 |
|---|---|---|---|---|

Debtor   **Backyard Leisure, LLC**                                    Case number (if known)    **25-50686**
_____
Name

Creditor's Name

**NC District Office**
**6302 Fairview Road, Suite 300**
**Charlotte, NC 28210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/30/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**inventory, equipment, accounts**

**Describe the lien**
**promissory note, security agreement, UCC**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$3,495,495.73** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew S. Lasine**<br>**P.O. Box 2608**<br>**High Point, NC 27261** | Line  **2.12** | |
| **Brett M. Becker**<br>**Maynard Nexsen, PC**<br>**800 Green Valley Road, Ste. 500**<br>**Greensboro, NC 27408** | Line  **2.5** | |
| **Christ Mundt**<br>**4853 Williams Drive, Ste. 111**<br>**Georgetown, TX 78633** | Line  **2.4** | |
| **Daughtry, Woodard, Lawrence & Starling**<br>**Attn:  Lew Starling**<br>**P.O Drawer 1960**<br>**Smithfield, NC 27577** | Line  **2.7** | |
| **Fretwell Law Offices, PLLC**<br>**P.O. Box 32066**<br>**Charlotte, NC 28232** | Line  **2.7** | |
| **Jeremy DeMitt, Esq.**<br>**110 Oakwood Drive, Ste. 200**<br>**Winston Salem, NC 27103** | Line  **2.16** | |
| **Perry, Brandt & McLemore**<br>**P.O. Box 2108**<br>**Wake Forest, NC 27588** | Line  **2.8** | |

---

Debtor    **Backyard Leisure, LLC**
_____
Name

Case number (if known)    **25-50686**
_____

| | |
|---|---|
| **Roberson, Haworth & Reese**<br>**300 N. Main Street**<br>**High Point, NC 27260** | Line  **2.15** |
| **Szabo Associates, Inc.**<br>**3355 Lenox Road, NE, Ste. 946**<br>**Atlanta, GA 30326** | Line  **2.11** |
| **The Sigmon Law Firm, PA**<br>**Attn:  Nathan D. Robinson**<br>**P.O. Box 17249**<br>**Raleigh, NC 27619** | Line  **2.11** |

**Fill in this information to identify the case:**

Debtor name  **Backyard Leisure, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)  **25-50686**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**941** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NC Dept. of Revenue**<br>**P.O. Box 1168**<br>**Raleigh, NC 27640** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,018.00** | **$22,018.00** |
| | Date or dates debt was incurred<br>**4th qu 2023** | Basis for the claim:<br>**sales and use tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

44600

Debtor **Backyard Leisure, LLC**
_____
Name

Case number (if known)    **25-50686**

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$381.90** |
|---|---|---|---|

**A Cleaner World**
**1049 E. Moutnain St.**
**Kernersville, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **cleaning services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,977.00** |
|---|---|---|---|

**ABC/Amega**
**500 Seneca Street, Ste. 503**
**Buffalo, NY 14204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **collection account--Hearst Television (WXII)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ally Financial**
**P.O. Box 380902**
**Minneapolis, MN 55438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **2022 Ram 5500 Chassis Duty Crew Cab**
**VIN:  3C7WRNEL5NG236973**

**vehicle repossession deficiency**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,369.18** |
|---|---|---|---|

**Andrew Scott Curry**
**3121 Huntleigh Drive**
**Raleigh, NC 27604**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **refund demand**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404.34** |
|---|---|---|---|

**AT&T**
**P.O. Box 1124**
**Kernersville, NC 27285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **phone service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Attorney General of the State of NC**
**Stuart M. Saunders, Esq.**
**P.O. Box 629**
**27602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **notices only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,649.26** |
|---|---|---|---|

**BRNK, Inc. dba Anago of the Triangle**
**3501 Capital Blvd. #124**
**Raleigh, NC 27604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **janitorial services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Backyard Leisure, LLC** | Case number (if known) | **25-50686** |
|---|---|---|---|

Name

---

**3.8**

**Nonpriority creditor's name and mailing address**
**Charles Moultrie**
**107 Cookshire Drive**
**Raeford, NC 28376**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __refund demand__

Is the claim subject to offset? ☑ No ☐ Yes

$19,277.30

---

**3.9**

**Nonpriority creditor's name and mailing address**
**Chrsitopher Malloy**
**6829 Greystone Drive**
**Raleigh, NC 27606**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __refund demand__

Is the claim subject to offset? ☑ No ☐ Yes

$3,271.13

---

**3.10**

**Nonpriority creditor's name and mailing address**
**Cox Media Group/WSOC-TV**
**1601 W. Peachtreet St NE**
**Atlanta, GA 30309**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __advertising__

Is the claim subject to offset? ☑ No ☐ Yes

$12,700.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
**DataMax**
**1065 W. Levoy Drive, Ste. 100**
**Salt Lake City, UT 84123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __collection account--City of Concord Utilities__

Is the claim subject to offset? ☑ No ☐ Yes

$2,248.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
**David Little**
**22022 Molly Harper Drive**
**Cornelius, NC 28031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __refund demand__

Is the claim subject to offset? ☑ No ☐ Yes

$12,800.00

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Green Carpet Lawn Care, LLC**
**6009 Woods Edge Lane**
**Kernersville, NC 27284**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __lawn care services__

Is the claim subject to offset? ☑ No ☐ Yes

$2,450.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Greensky, LLC**
**5565 Glenridge Connector, Ste. 700**
**Atlanta, GA 30342**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __business loan__

Is the claim subject to offset? ☑ No ☐ Yes

$151,915.96

---

| Debtor | **Backyard Leisure, LLC** | | Case number *(if known)* | **25-50686** |
|---|---|---|---|---|

Name

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ishmael McIntosh**
**3515 BlueBonnet Drive**
**Wake Forest, NC 27587**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,720.07**

**James Arndts**
**106 Cloud Crossing Circle**
**Cary, NC 27513**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00**

**JAN-PRO of the Triad**
**11 Oak Branch Drive, Ste. B**
**Greensboro, NC 27407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>cleaning services</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,338.73**

**Jasemin Celik**
**825 Van Thomas Drive**
**Raleigh, NC 27615**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John and Shelby Van Wagoner**
**c/o BA Folk, PLLC**
**P.O. Box 90426**
**Raleigh, NC 27675**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,913.93**

**Joseph and Stacey Balog**
**1755 Miller Chapel Road**
**Salisbury, NC 28147**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**Lisa Robertson**
**1205 W. Haven Blvd.**
**Rocky Mount, NC 27803**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** <u>refund demand</u>

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Backyard Leisure, LLC**
_____  Case number (if known)  **25-50686**
Name

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Martin Marietta**
**4123 Parklake Avenue**
**Raleigh, NC 27612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **materials**

Is the claim subject to offset? ■ No ☐ Yes

$396.12

---

3.23 **Nonpriority creditor's name and mailing address**
**Mid-Continent Casualty Company**
**624 S. Denver Ave. #300**
**Tulsa, OK 74119**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **insurance premium**

Is the claim subject to offset? ■ No ☐ Yes

$10,369.80

---

3.24 **Nonpriority creditor's name and mailing address**
**Nexstar Media Group**
**2960 N. Meridian St.**
**Indianapolis, IN 46208**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **advertising**

Is the claim subject to offset? ■ No ☐ Yes

$6,000.00

---

3.25 **Nonpriority creditor's name and mailing address**
**Paul Crossland**
**601 Brandywine Circle**
**Raleigh, NC 27614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **refund demand**

Is the claim subject to offset? ■ No ☐ Yes

$16,865.07

---

3.26 **Nonpriority creditor's name and mailing address**
**Paul Trask**
**211 Magnola Bloom Ct.**
**Cary, NC 27519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **refund demand**

Is the claim subject to offset? ■ No ☐ Yes

$2,118.00

---

3.27 **Nonpriority creditor's name and mailing address**
**Sam's Commerical Properties, LLC**
**7935 Council Place**
**Matthews, NC 28105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **lease--damages**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

3.28 **Nonpriority creditor's name and mailing address**
**Sean Ray**
**5905 Fortress Drive**
**Holly Springs, NC 27540**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **refund demand**

Is the claim subject to offset? ■ No ☐ Yes

$1,150.00

---

Debtor  **Backyard Leisure, LLC**                                    Case number (if known)   **25-50686**
_____
Name

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,114.06** |

**Spectrum Business**
**P.O. Box 77169**
**Charlotte, NC 28271**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _advertising_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Stellantis Financial Services**
**3065 Akers Mill Road, Ste. 700**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _2022 Ram Promaster Cl_
_VIN:  ZFBHRFAB5N6Y49558_

_vehicle repossession deficiency_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,092.65** |

**United Rentals**
**100 First Stamford Place, Suite 700**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _rental fees_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,795.00** |

**WCNC-TV, Inc. dba WCNC Television**
**8350 Broad Street, Ste. 2000**
**Tysons, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _advertising_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,001.00** |

**WFMY Television, Inc. dba WFMY TV**
**8350 Broad Street, Ste. 2000**
**Tysons, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _advertising_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**William and Melissa Hutchinson**
**707 Florham Drive**
**High Point, NC 27262**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _refund demand_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | Backyard Leisure, LLC | Case number (if known) | 25-50686 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allen, Moore & Rogers, LLP**<br>**P.O. Box 18627**<br>**Raleigh, NC 27619** | Line  **3.26**<br><br>☐  Not listed. Explain ____ | _ |
| 4.2 | **Anderson Jones, PLLC**<br>**P.O. Box 20248**<br>**Raleigh, NC 27619** | Line  **3.7**<br><br>☐  Not listed. Explain ____ | _ |
| 4.3 | **Battle, Winslow, Scott and Wiley, PA**<br>**P.O. Box 7100**<br>**Rocky Mount, NC 27804** | Line  **3.21**<br><br>☐  Not listed. Explain ____ | _ |
| 4.4 | **City of Concord Utilities**<br>**35 Cabarrus Ave W**<br>**Concord, NC 28025** | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.5 | **DAL, inc.**<br>**P.O. Box 162**<br>**Clifton Heights, PA 19018** | Line  **3.22**<br><br>☐  Not listed. Explain ____ | _ |
| 4.6 | **Dozier Miller**<br>**525 N Tryon St #210**<br>**Charlotte, NC 28202** | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | **Hannah Sherian & Cochran**<br>**c/o Chad Cochran**<br>**5400 Glenwood Ave., Ste. 330**<br>**Raleigh, NC 27612** | Line  **3.34**<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | **Hearst Television**<br>**300 West 57th St.**<br>**New York, NY 10019** | Line  **3.2**<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | **Holden K. McLemore**<br>**P.O. Box 2108**<br>**Wake Forest, NC 27588** | Line  **3.15**<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | **Leviton Law Firm, Lt.**<br>**One Pierce Place, Ste. 725W**<br>**Itasca, IL 60143** | Line  **3.23**<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | **McCarthy, Burgess & Wolff**<br>**The MB&W Building**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | Line  **3.29**<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | **Spence Carter & Reed, PA**<br>**P.O. Box 1335**<br>**Smithfield, NC 27577** | Line  **3.8**<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | **The Law office of Mark A. Kirkorsky**<br>**1119 W. Southern Ave. Ste. 200**<br>**Mesa, AZ 85210** | Line  **3.31**<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **Backyard Leisure, LLC** | Case number *(if known)* | **25-50686** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **The Sigmon Law Firm, PA**<br>**Attn:  Nathan D. Robinson**<br>**P.O. Box 17249**<br>**Raleigh, NC 27619** | Line  **3.32**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **The Sigmon Law Firm, PA**<br>**Attn:  Nathan D. Robinson**<br>**P.O. Box 17249**<br>**Raleigh, NC 27619** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Venn Law Group**<br>**6302 Fairview Road, Ste. 580**<br>**Charlotte, NC 28210** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **WGHP**<br>**33096 Collection Center Drive**<br>**Chicago, IL 60693** | Line  **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Whitaker & Hamer, PLLC**<br>**216 US Hwy 70 West**<br>**Garner, NC 27529** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Whitaker & Hamer, PLLC**<br>**216 US Hwy 70 West**<br>**Garner, NC 27529** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 22,018.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 463,878.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 485,896.50 |

**Fill in this information to identify the case:**

Debtor name **Backyard Leisure, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) **25-50686**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Backyard Leisure, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **25-50686**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **CSRM Properties, LLC** | | **Christopher Scott** | ☑ D  __2.6__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Backyard Leisure, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)    **25-50686**

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$3,195,000.00** |
   | **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **gross receipts/sales** | **$6,597,665.00** |
   | **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **gross receipts/sales** | **$9,124,165.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Backyard Leisure, LLC** | Case number *(if known)* | **25-50686** |
|---|---|---|---|

may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Robert A. Mosher**<br><br>**member-manager** | **12/10/2024<br>through<br>Petition Date** | **$65,759.00** | **compensation/wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally Financial<br>P.O. Box 380902<br>Minneapolis, MN 55438** | **2022 Ram 5500 Chassis Duty Crew Cab<br>VIN:  3C7WRNEL5NG236973** | **10/2025** | **$67,500.00** |
| **Stellantis Financial Services<br>3065 Akers Mill Road, Ste. 700<br>Atlanta, GA 30339** | **2022 Ram ProMaster city cargo van<br>VIN:  ZFBHRFAB5N6Y49558** | **10/2025** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|
| 7.1.  **Crete Solutions, LLC v<br>Backyard Leisure, LLC<br>24CV020578-590** | **collection on<br>account** | **Mecklenburg County<br>District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.  **Kelly Meitzler and Mark<br>Meitzler v. Backyard Leisure<br>Pools and Spa, LLC<br>25CVM22** | **for goods sold** | **Forsyth County Small<br>Claims Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.  **Guy M. Turner, inc. v.<br>Backayrd Leisure, LLC<br>25CV004816-400** | **breach of contract** | **Forsyth County District<br>Court Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Backyard Leisure, LLC**    Case number *(if known)*    **25-50686**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **William Hutchinson and Melissa Hutchinson v. Backyard Leisure, LLC** 25CV003155-400 | **breach of contract, money owed, unjust enrichment, unfair and deceptive** | **Guilford County Superior Court Division** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Gray Local Media, inc. dba WBTV v. Backyard Leisure, LLC dba Backayrd Leisure** 25CV018774-910 | **collection on account, money owed, breach of contract** | **Wake County District Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.6. | **Cetnral Carolina Concrete, LLC v. Backayrd Leisure, LLC and Robert Alan Mosher** 25 CV012633-400 | **breach of agreement/guaranty, quantum meruit/unjust enrichment** | **Guilford County District Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.7. | **Michael Hintz and Vicki Hintz v. Backayrd Misure,LLC and Robert Alan Mosher** 25CVS623 | **fraud, negligent misrepresentation, unjust enrichment, breach of contract, money owed, unfair and deceptive trade practices** | **Surry County Superior Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.8. | **Silverback Advertising, LLC v. Backyard Liesure, LLC** 25CVS1526 | **money owed** | **Forsyth County Superior Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.9. | **Austin Business Finance, LLC v. Backayrd Leisure, LLC, CSRM Properties, LLC, and Robert A. Mosher** 24-1820-C368 | **money owed** | **Williamson County, TX District Court** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.10. | **John Junior Boezman and Noal Byrum Boezeman v. Backyard Leisure, LLC** 24CV026485-910 | **breach of contract, unfair and deceptive trade practices, fraud** | **Wake County District Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.11. | **Natashu H. Turnage v. Backyard Leisure, LLC** 24CV039112-910 | **moeny owed** | **Wake County Small Claims Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.12. | **Jeffrey A. Neal and Cheryl Neal v. Backyard Leisure, LLC** 24CVD007138 | **money owed** | **Forsyth County District Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.13. | **Dennis Cyrus v. Backyard Leisure, LLC** 24CV002503-340 | **breach of contract, misrepresentation, unfair and deceptive trade practices** | **Franklin County District Court Division** | ☐ Pending ☐ On appeal ☑ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Backyard Leisure, LLC**                          Case number *(if known)*  **25-50686**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | **Alan Zsidi v. Backyard Leisure, LLC**<br>24CV001617-670 | **breach of contract** | **Orange County Superior Court Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. | **Lisa Robertson v. Backyard Leisure, LLC**<br>24CVS1724 | **breach of contract, unfair and deceptive trade practices** | **Nash County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **John and Shelby Van Wagoner v Backyard Leisure, LLC**<br>25CV003325-420 | **breach of contract** | **Harnett County Superior Court Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **State of North Carolina ex rel. Jeff Jackson, Attorney General v. Backyard Leisure, LLC and Robert A. Mosher, individually and in his capacity as Owner and Manager of Backyard Leisure, LLC**<br>26CV035775-910 | **unfair and deceptive, injunctive relief** | **Wake County Superior Court Division** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Pinchgut Farn, LLC v. Backyard Leisure, LLC**<br>23CVS837 | **breach of contract, unfair and deceptive** | **Stokes County Superior Court Division** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

Debtor    **Backyard Leisure, LLC**                                    Case number *(if known)*  **25-50686**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Siegmund, Brumbaugh & M**<br>**305 Blandwood Avenue**<br>**Greensboro, NC 27401** | **Attorney fees, filing fee, appraisal fee (paid $5,000 to Iron Horse from funds despited on 9/2/2025 for appraisal).** | **07/31/2025**<br>**09/02/2025** | **$16,250.00** |
| | Email or website address<br>**skb@iveymcclellan.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | **2017 Joe's trailers custom built 24ft trailer**<br>**2021 Kaufman 14-ft tandem axle dump trailer**<br>**16-18ft tandem axle flatbed utility trailer**<br>**2017 Ram 4500 flat bed truck with 300,000 miles**<br>**2021 Kaufman 14-ft. tandem axle dump trailer**<br>**2020 Big Tex trailer**<br>**TruHaul 16ft flatbed trailer**<br>**2017 Joe's 24 ft trailer** | | |
| | **Benjamin Brasington** | **Debtor used proceeds to pay payroll.** | **week of October 13th** | **$20,000.00** |
| | Relationship to debtor<br>**none** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor  **Backyard Leisure, LLC**                                    Case number *(if known)*  **25-50686**

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1031 E. Mountain Street Bldg. 307, Unit 107 Kernersville, NC** | **current-warehouse (See #20 of SOFA)** |
| 14.2. | **5611 Kerwin Circle Kernersville, NC** | **current--heavy equipment** |
| 14.3. | **3501 Capital Blvd. Raleigh, NC 27604** | **11/1/2010--10/2024** |
| 14.4. | **3612 Spring Forrest Road Raleigh, NC 27616** | **10/2024--08/2025** |
| 14.5. | **7730 Burton Smith Blvd. Concord, NC 28027** | **2015--07/2024** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Backyard Leisure, LLC**                                    Case number *(if known)*  **25-50686**

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Fidelity** | **XXXX-5271** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July/August 2025 payroll account** | **$0.00** |
| 18.2. | **Fidelity** | **XXXX-5300** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July/August 2025 product/bills account** | **$0.00** |
| 18.3. | **Fidelity** | **XXXX-5319** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July/August 2025 in ground pools account** | **$0.00** |
| 18.4. | **Fidelity** | **XXXX-5296** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **July/August 2025 sales** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **1031 E. Moutnain Street Bldg 307, Unit 107 Kernersville, NC** | **Alan Mosher** | **small tools, extra inventory** | ☐ No<br>■ Yes |
| **5611 Kerwin Circle Kernersville, NC** | **Alan Mosher** | **heavy equipment** | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Backyard Leisure, LLC | Case number *(if known)* 25-50686 |
|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **8**

Debtor    **Backyard Leisure, LLC**                                    Case number *(if known)*  **25-50686**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Cindy Caviness** | **controller 6/2019--10/2025** |
| 26a.2.    **R. Scott Grady, CPA, PLLC P.O. Box 99085 Raleigh, NC 27624** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert A. Mosher** | | **member/manager** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Backyard Leisure, LLC**                                    Case number *(if known)*    **25-50686**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See response to #3 herein.** | | | |
| | **Relationship to debtor** | | | |

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2025**

**/s/ Robert A. Mosher**                                    **Robert A. Mosher**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Backyard Leisure, LLC**                                    Case No.  **25-50686**

Debtor(s)                          Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,912.00 |
| Prior to the filing of this statement I have received | $ | 10,912.00 |
| Balance Due | $ | 0.00 |

2.  $ __338.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  5, 2025**                              **/s/ Samantha K. Brumbaugh**

*Date*                                          **Samantha K. Brumbaugh 32379**
                                               *Signature of Attorney*
                                               **Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
                                               **305 Blandwood Avenue**
                                               **Greensboro, NC 27401**

                                               **skb@iveymcclellan.com**
                                               *Name of law firm*

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Backyard Leisure, LLC**

Debtor(s)

Case No.  **25-50686**

Chapter  **7**

# VERIFICATION OF LIST REQUIRED BY RULE 1007(a)

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list required by Rule 1007(a) of the

Federal Rules of Bankruptcy Procedure is true and correct to the best of their knowledge.

Date:  **November  5, 2025**

**/s/ Robert A. Mosher**

**Robert A. Mosher**
Signature of Debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Backyard Leisure, LLC** _____   Case No.   **25-50686** _____
                                        Debtor(s)                Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Backyard Leisure, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November  5, 2025** _____
Date

**/s/ Samantha K. Brumbaugh** _____
**Samantha K. Brumbaugh 32379**
Signature of Attorney or Litigant
Counsel for   **Backyard Leisure, LLC** _____
**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
**305 Blandwood Avenue**
**Greensboro, NC 27401**

**skb@iveymcclellan.com**