IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BACKYARD LEISURE, LLC, | ) | CASE NO. 25-50686 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### REQUEST FOR NOTICE TO FILE CLAIMS

    The above referenced case was initially filed as a no asset case. It now appears that there may be assets for distribution to some creditors. Creditors should be notified to file claims.

    This the 13th day of November, 2025.

    By:    /s/ James C. Lanik
                James C. Lanik
                Chapter 7 Trustee
                370 Knollwood Street, Suite 600
                Winston-Salem, NC 27103
                Telephone:  336.722.6300
                jlanik@waldrepwall.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BACKYARD LEISURE, LLC, | ) | CASE NO. 25-50686 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that a copy of the foregoing **Request for Notice to File Claims** was duly served upon the following by electronic means or by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service:

**John Paul H. Cournoyer**
**U.S. Bankruptcy Administrator**
**101 South Edgeworth Street**
**Greensboro, North Carolina 27401**

This the 13th day of November, 2025.

By: /s/ James C. Lanik
James C. Lanik
Chapter 7 Trustee
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336.722.6300
jlanik@waldrepwall.com