Form 240

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
601 W. 4th St., Suite 100
Winston–Salem, NC 27101

Bankruptcy Case No.: 25–50686

IN THE MATTER OF:
Backyard Leisure, LLC    27–3607417
P.O. Box 470
Kernersville, NC 27285

Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

**Date: 2/14/26**

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate.

Claims may be filed electronically by accessing the claims filing program on the court's website at:
http://www.ncmb.uscourts.gov/electronicproofclaimform/

If filing a claim by paper, a proof of claim form (Official Form B410) can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. The claim must be **received** by the court by the date stated above. The address of the court is listed at the bottom of this notice. To receive acknowledgment of a claim filed in paper form, you can enclose a copy of the proof of claim and a stamped self–addressed envelope. You may also access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim as well as other documents in the case.
There is no fee for filing the proof of claim.

**Any creditor who has already filed a proof of claim in this case need not file another proof of claim.**

Address of Bankruptcy Court:
 601 W. 4th St., Suite 100
Winston–Salem, NC 27101

**Date: 11/14/25**                                                                                     **U.S. Bankruptcy Court**

**OFFICE OF THE CLERK/ smw**